UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES

          -v-

VENTURA PAYANO
-----------------------------------------------------------

ORDER

11 Cr 470 (GBD)

Mr. Payano was released on a $100,000 personal recognizance bond on April 8, 2011. It is hereby ordered that his bail be revoked on consent of both parties as of September 8, 2011.

Dated:      December 21, 2011
               New York, N.Y.

So ordered:

*George B. Daniels*
Hon. George B. Daniels

4521