UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :     ORDER

      -v.-                              :     11 Cr. 470 (GBD)

VENTURA PAYANO,                       :

      Defendant.                       :

- - - - - - - - - - - - - - - - - -x

      Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Alvin L. Bragg, Jr., of counsel, it is hereby ORDERED that the time from today's date through July 12, 2012, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the parties an opportunity to resolve this matter.

SO ORDERED.

JUN 05 2012

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Dated: New York, New York
       June ___, 2012